CM/ECF hrgds
(Rev. 12/07/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

In Re: William E Doughty
    Debtor(s)

Case No.: 09−11148−DWH
Chapter: 11
Judge: David W. Houston III

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

NOTICE is hereby given that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

at 10:00 AM

on 5/6/10

OBJECTIONS DUE: 4/28/10

to consider and act upon the following:

*128* − Second Amended Disclosure Statement Filed by Craig M. Geno on behalf of William E Doughty Sr (Geno, Craig)

    Should any party receiving this notice respond or object to said Disclosure Statement such response or objection is required to be filed with the Clerk of this court and served on the attorney for movant, debtor(s), trustee (if any), the U.S. Trustee, and any committee appointed under the Code on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said Disclosure Statement immediately after the o bjection or response due date.

    A copy of the Disclosure Statement is required to be served pursuant to Rule 3017, F.R.Bk.P. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID DISCLOSURE STATEMENT ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/pdfs/SO/so_notic_revised.pdf.

Dated: 3/26/10

    David J. Puddister
    Clerk, U.S. Bankruptcy Court
    BY: LKI
        Deputy Clerk