## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     WILLIAM E. DOUGHTY, SR.                    CASE NO. 09-11148-DWH

### ORDER

THIS CAUSE having come on to be heard on the confirmation of the *Second Amended Plan of Reorganization* [DK #129], the Court having heard and considered the same, having heard arguments of counsel and announcements in connection with the settlement of the claim of Don Coleman, is of the opinion that the Plan is not capable of confirmation at the present time and confirmation will be rescheduled at a future date. It is accordingly,

ORDERED, that the Plan cannot be confirmed at the present time. It is, further,

ORDERED, that confirmation will be reset for the same date, time and place as the Debtor's motion to approve settlement agreement with Don Coleman.

SO ORDERED, this the ____ day of August, 2010.

_____
HON. DAVID W. HOUSTON, III
U.S. BANKRUPTCY COURT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

**Order Prepared and Presented By:**

Craig M. Geno, Esq. MSB No. 4793
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, MS 39158-3380
Telephone No.: 601-427-0048
Facsimile No.: 601-427-0050
F:\Users\Bankrupt\Doughty, Bill\Plan-DS\Order - Coleman.wpd