## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    WILLIAM E. DOUGHTY, SR.    CASE NO. 09-11148-DWH

### AMENDED ORDER

THIS CAUSE having come on to be heard on motion *ore tenus* for an amendment to this Court's prior Order of August 11, 2010 [DK #171], the Court having heard and considered the motion, and being advised in the premises is of the opinion that the prior Order should be amended. It is, accordingly,

ORDERED, that the Plan cannot be confirmed at the present time. It is, further,

ORDERED, that confirmation will be reset for a future date, time and place after the Court rules upon the Debtor's motion to approve settlement agreement with Don Coleman.

SO ORDERED, this the 19th day of August, 2010.

_____
HON. DAVID W. HOUSTON, III
U.S. BANKRUPTCY COURT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

APPROVED AND AGREED:

_____
Craig M. Geno, Esq.
Attorney for the Debtor

_____
James R. Mozingo, Esq.    with permission
Attorney for Jimmy and Jerrie Phillips d/b/a
Phillips Air Conditioning and Electric

Order Prepared and Presented By:

Craig M. Geno, Esq. MSB No. 4793
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, MS 39158-3380
Telephone No.: 601-427-0048
Facsimile No.: 601-427-0050
F:\Users\Bankrupt\Doughty, Bill\Plan-DS\Amended Order - Coleman.wpd